EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                     | 2020 TSPR 95    |
|                            |                 |
| Luis G. Salas González     | 205 DPR _____   |

Número del Caso:  TS-9896

Fecha:  3 de septiembre de 2020

Abogados de la parte peticionaria:

          Por Derecho Propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis G. Salas González

TS-9896

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de septiembre de 2020.

Evaluada la "Moción informando cumplimento de requisitos y solicitud de reinstalación como abogado" presentada por el Sr. Luis G. Salas González, se provee con lugar y se le reinstala al ejercicio de la abogacía. Se ordena reactivar las quejas AB-2014-0077 y AB-2014-0224 para que el procedimiento disciplinario continúe el curso ordinario.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. Los Jueces Asociados señor Martínez Torres, señor Kolthoff Caraballo y señor Feliberti Cintrón proveerían no ha lugar en esta etapa a la solicitud de reinstalación y solo la atenderían al culminar el trámite de las quejas pendientes, al que debería someterse al abogado peticionario como requisito para que se considere su reinstalación.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo